Ronald Y. Rothstein (*pro hac vice* forthcoming)
RRothste@winston.com
WINSTON & STRAWN LLP
300 N. LaSalle Dr.
Chicago, Illinois 60654-3406
Telephone: +1 312-558-5600

Jared R. Kessler (*pro hac vice* forthcoming)
JRKessler@winston.com
WINSTON & STRAWN LLP
200 S. Biscayne Boulevard, Suite 2400
Miami, Florida 33131
Telephone: +1 305-910-0500

Shawn Obi (SBN 288088)
sobi@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, California 90071
Telephone: +1 213-615-1763

*Attorneys for Defendant*
*Post Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOTSON, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>POST HOLDINGS, INC., d/b/a BOB EVANS FARMS, LLC,<br><br>Defendant. | Case No. 2:25-cv-11993<br><br>[Los Angeles Superior Court Case No. 25STCV33161]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed: November 12, 2025<br>Complaint Served: November 19, 2025<br>Current Response Date: December 26, 2025<br>New Response Date: January 26, 2026 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Post Holdings, Inc. ("Post Holdings") and Plaintiff Michael Dotson ("Plaintiff") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed a complaint against Post Holdings in the Superior Court of California, County of Los Angeles, Case No. 25STCV33161, on November 12, 2025 (the "Complaint");

WHEREAS, Plaintiff served the Complaint on Post Holdings on November 19, 2025;

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2), Post Holdings' current deadline to respond to the Complaint is December 26, 2025;

WHEREAS, pursuant to Local Rule 8-3, the Parties conferred on December 19, 2025, wherein Plaintiff and Post Holdings agreed to extend Post Holdings' time to respond to the Complaint by thirty (30) days, making Post Holdings' deadline to respond to the Complaint January 26, 2026; and

WHEREAS, the Parties have not agreed to any prior extensions of Post Holdings' time to respond to the Complaint in this action.

NOW THEREFORE, Plaintiff and Post Holdings, through their counsel of record, stipulate to the following:

IT IS HEREBY STIPULATED that Post Holdings' deadline to respond to the Complaint is extended to January 26, 2026.

| | | |
|---|---|---|
| 1 | Dated: December 22, 2025 | WINSTON & STRAWN LLP |
| 3 | | By: /s/ Shawn Obi |
| 4 | | Ronald Y. Rothstein (*pro hac vice* forthcoming) |
| 5 | | Jared R. Kessler (*pro hac vice* forthcoming)<br>Shawn Obi |
| 6 | | *Attorneys for Defendant*<br>*Post Holdings, Inc.* |
| 8 | Dated: December 22, 2025 | LAW OFFICES OF TODD M. FRIEDMAN, P.C. |
| 11 | | By: /s/ Todd M. Friedman<br>Todd M. Friedman<br>Adrian R. Bacon |
| 13 | | *Attorneys for Plaintiff*<br>*Michael Dotson* |

# ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: December 22, 2025           WINSTON & STRAWN LLP

By: */s/ Shawn Obi*
Ronald Y. Rothstein (*pro hac vice* forthcoming)
Jared R. Kessler (*pro hac vice* forthcoming)
Shawn Obi

*Attorneys for Defendant Post Holdings, Inc.*